ANDREW C. PETERSEN, INC., ET AL. *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF BLOOMFIELD

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Arnold W. Aronson,* for the appellee (defendant).

*William J. Butler,* for the appellants (plaintiffs).

Argued October 4—decided October 7, 1966

LEO B. FLAHERTY, JR. *v.* FREDERICK G. REINCKE, WARDEN

The motion by Leo B. Flaherty, Jr., on behalf of Anthony J. Saia to dismiss the appeal from the Superior Court in Tolland County is denied.

*Leo B. Flaherty, Jr.,* for the appellee (Anthony J. Saia).

*Raymond J. Cannon,* assistant attorney general, for the appellant (defendant).

Argued October 4—decided October 7, 1966

CHARLES H. ROSENBERG ET AL. *v.* PLANNING BOARD OF THE CITY OF STAMFORD ET AL.

The motion by the defendant Edward H. Benenson to dismiss the cross appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Julius B. Kuriansky,* for the appellant-appellee (defendant Benenson).

*Isadore M. Mackler,* for the appellees-appellants (plaintiffs).